1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER, CSB No. 107014
4  Assistant United States Attorney
        411 West Fourth Street, Suite 8000
5       Santa Ana, California 92701
        Telephone: (714) 338-3532
6       Facsimile: (714) 338-3523
        E-mail    : marcus.kerner@usdoj.gov
7
   Attorneys for Defendant, Michael J. Astrue
8  Commissioner of Social Security

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT GRIGGS, | ) | NO. ED CV 06-961-AHS(OP) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

The parties' stipulation to reopen this case in order to enter judgment for Plaintiff is hereby approved.  IT IS THEREFORE ORDERED that this case is hereby reopened whereupon judgment shall be entered for Plaintiff.

Dated this 12, day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE